**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS RAUL ALMENTERO VALDES,<br><br>                                        Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                                        Respondents. | Case No.:  26-cv-2444-BJC-DEB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING [ECF NO. 13]** |

Pending before the Court is a Joint Motion to Extend Time to File Supplemental Briefing. ECF No. 13. Good cause appearing, the Court **GRANTS** the Motion. Petitioner's CJA 23 financial affidavit and supplemental briefing is due **no later than May 29, 2026**; Respondents response is due **no later than June 5, 2026**; Petitioner may file a traverse no later than June 12, 2026.

**IT IS SO ORDERED**

Dated: May 22, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-2444-BJC-DEB