

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS RAUL ALMENTERO VALDES,<br><br>                              Petitioner,<br><br>v.<br><br>DHS; et al,<br><br>                              Respondents. | Case No.:  26-cv-2444-BJC-DEB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR STAY [ECF NO. 15]** |

On April 16, 2026, Petitioner Luis Raul Almentero Valdez, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241, along with a Motion for Leave to Proceed In Forma Pauperis ("IFP"), and a Motion for Immediate Release. ECF Nos. 1, 2, 3.  On April 22, 2026, the Court conditionally appointed Federal Defenders of San Diego, Inc. as counsel for Petitioner, and issued a briefing schedule directing that Petitioner may file supplemental briefing no later than close of business on May 8, 2026.

On May 7, 2026, the Court granted Petitioner's unopposed Motion seeking a two-week extension to file supplemental briefing. ECF No. 10. On May 22, 20206, the Court granted Petitioner's second unopposed Motion to Continue Briefing Schedule.  ECF No. 14.

On May 29, 2026, Petitioner filed the present unopposed Motion to Stay, stating that it appears Petitioner "has a recent final order of removal." ECF No. 15. Petitioner's counsel

requests a brief stay.  Good cause appearing, the Motion is **GRANTED**. Petitioner is directed to file a status report **no later than June 21, 2026**.

       **IT IS SO ORDERED**.

Dated: May 29, 2026

Honorable Benjamin J. Cheeks
United States District Judge

25-cv-0877-BJC-AHG