**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LUIS RAUL ALMENTERO VALDES,
Petitioner,
v.
WARDEN, et al,
Respondents.

Case No.: 26-cv-2444-BJC-BLM

**ORDER REQUIRING STATUS REPORT**

On April 16, 2026, Petitioner Luis Raul Almentero Valdes, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a Motion for Leave to Proceed *In Forma Pauperis* and a Motion for Immediate Release. ECF Nos. 1-3. On April 22, 2026, the Court conditionally appointed Federal Defenders of San Diego to represent Petitioner, enjoined Respondents from removing Petitioner during the pendency of the action, and set a briefing schedule. ECF No. 4.

On May 29, 2026, Petitioner's counsel filed an unopposed motion to stay the case to further investigate the status of Petitioner's immigration case in light of a recently finalized order of removal. ECF No. 15. On May 29, 2026, the Court granted the stay and directed Petitioner to file a status report no later than June 21, 2026. ECF No. 16.

On June 22, 2026, Petitioner filed a status report and requested that the Court issue

a briefing schedule on the petition. ECF No. 17. On June 23, 2026, the Court granted the request for briefing schedule. ECF No. 18. On June 26, 2026, the parties filed a Joint Motion to Partially Vacate the Court's April 22, 2026, Order. ECF No. 19. In the Joint Motion, the parties stated: Respondents' counsel and Petitioner's counsel have conferred on Respondents' recent efforts toward removing Petitioner from the United States to Cuba" and that they expected to "schedule Petitioner on a removal flight to Cuba no later than July 30, 2026." *Id.* The parties requested that the Court remove the prohibition against Respondents "removing Petitioner to Cuba, and only Cuba, during the pendency of this habeas action" and further staying these proceedings. *Id.* On June 29, 2026, the Court granted the Joint Motion and ordered the parties to file a status report on August 7, 2026, regarding whether Petitioner had been removed. ECF No. 20.

On August 7, 2026, Respondents filed a status report indicating that Petitioner was scheduled to be removed to Cuba on a flight no later than August 22, 2026. ECF No. 21.

It is unclear whether Petitioner has been removed. Therefore, the parties are directed to file a status report indicating whether Petitioner has been removed to Cuba, and if the current petition is now moot, **no later than October 9, 2026**.

**IT IS SO ORDERED**.

Dated: October 5, 2026

Honorable Benjamin J. Cheeks
United States District Judge