**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS RAUL ALMENTERO VALDES,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY; et al.,<br>Respondents. | Case No.: 26-cv-2444-BJC-DEB<br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING MOTION FOR IMMEDIATE RELEASE [ECF NO. 3]** |

On April 16, 2026, Petitioner Luis Raul Almentero Valdes filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241 along with a Motion for Immediate Release. ECF No. 1, 3. On April 22, 2026, the Court conditionally appointed Federal Defenders of San Diego to represent Petitioner, enjoined Respondents from removing Petitioner during the pendency of the action, and set a briefing schedule. ECF No. 4.

On June 26, 2026, the parties filed a Joint Motion to Partially Vacate the Court's April 22, 2026, Order. ECF No. 19. In the Joint Motion, the parties stated: Respondents' counsel and Petitioner's counsel have conferred on Respondents' recent efforts toward removing Petitioner from the United States to Cuba" and that they expected to "schedule Petitioner on a removal flight to Cuba no later than July 30, 2026." *Id.* The parties requested that the Court remove the prohibition against Respondents "removing Petitioner to Cuba,

and only Cuba, during the pendency of this habeas action" and further staying these proceedings. *Id.* On June 29, 2026, the Court granted the Joint Motion and ordered the parties to file a status report on August 7, 2026, regarding whether Petitioner had been removed. ECF No. 20. On August 7, 2026, Respondents filed a status report indicating that Petitioner was scheduled to be removed to Cuba on a flight no later than August 22, 2026. ECF No. 21.

On October 7, 2026, the parties filed a joint status report stating that Petitioner was removed to Cuba on August 21, 2026. ECF No. 23. In light of the above, the Court **DISMISSES** the Petition without prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: October 8, 2026

Honorable Benjamin J. Cheeks
United States District Judge